J-S41036-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM E. SCHMITZ, JR. | : | |
| | : | |
| Appellant | : | No. 37 MDA 2020 |

Appeal from the Judgment of Sentence Entered October 22, 2019
In the Court of Common Pleas of Centre County Criminal Division at
No(s): CP-14-CR-0001185-2017

BEFORE:   KUNSELMAN, J., McLAUGHLIN, J., and STRASSBURGER, J.[*]

CONCURRING MEMORANDUM BY McLAUGHLIN, J.:   **FILED APRIL 23, 2021**

Because footnote eight on page 15 of the Majority Memorandum is sufficient to decide this appeal, I join only that portion of the majority's legal discussion.

---

[*] Retired Senior Judge assigned to the Superior Court.